FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
ANDREW B. GOODMAN (SBN 267972)
agoodman@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Telephone:  (310) 553-1222
Facsimile:   (310) 553-0222

Attorneys for plaintiffs GARY ABRAMS, JEFFREY ARAN, STEPHEN DEBENEDETTO, and PRESTON ROHNER

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ABRAMS, individually and as trustee of the Gary Abrams Living Trust Dated 4/28/2008; JEFFREY ARAN, an individual; STEPHEN DEBENEDETTO, an individual; and PRESTON ROHNER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBURNE AND SONS REALTY CAPITAL CORPORATION, a California Corporation; GEORGE BLACKBURNE, III, an individual; ANGELICA GARDNER, an individual; ANGELA VANNUCCI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-06947-CAS-AS<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial date: December 13, 2022 |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 8, 2022, plaintiffs GARY ABRAMS, individually and as trustee of the Gary Abrams Living Trust Dated 4/28/2008 ("Abrams"), JEFFREY ARAN ("Aran"), STEPHEN DEBENEDETTO ("DeBenedetto"), and PRESTON ROHNER ("Rohner") (collectively, Abrams, Aran, DeBenedetto, and Rohner shall be referred to as "Plaintiffs"); and defendants ANGELICA GARDNER ("Gardner"), ANGELA VANNUCCI ("Vannucci"), GEORGE BLACKBURNE, III ("George Blackburne, III"), and BLACKBURNE AND SONS REALTY CAPITAL CORPORATION ("Blackburne & Sons") (collectively, Blackburne & Sons, George Blackburne, III, Vannucci, and Gardner are "Defendants") (collectively, Plaintiffs and Defendants may be referred to as the "Parties"), by and through their counsel of record, reached a complete settlement of this matter and agreed upon the material terms of the settlement, which will be further memorialized in a long-form agreement. Accordingly, the Parties respectfully request that the jury trial set for December 13, 2022 be taken off calendar. In addition, the Parties respectfully request that the Court set a status conference re settlement in 60 days from this Notice, or an alternative date that works best with the Court's calendar. If the Parties have executed the anticipated terms of their settlement agreement before then, and the conditions for Plaintiffs to dismiss this case have been satisfied, then Plaintiffs will dismiss the case accordingly.

Dated: December 9, 2022          Respectfully submitted,

                                                  NOVIAN & NOVIAN, LLP

                                                  By: /s/ Andrew B. Goodman
                                                  FARHAD NOVIAN
                                                  ANDREW B. GOODMAN
                                                  Attorneys for plaintiffs Gary Abrams, Jeffrey Aran, Stephen DeBenedetto, and Preston Rohner

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the above document on December 9, 2022 via the Court's CM/ECF system. Any other parties or counsel of record will be served by regular and/or electronic mail.

/s/ Andrew B. Goodman
Andrew B. Goodman