# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ABRAMS, individually and as trustee of the Gary Abrams Living Trust Dated 4/28/2008; JEFFREY ARAN, an individual; STEPHEN DEBENEDETTO, an individual; and PRESTON ROHNER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBURNE AND SONS REALTY CAPITAL CORPORATION, a California Corporation; GEORGE BLACKBURNE, III, an individual; ANGELICA GARDNER, an individual; ANGELA VANNUCCI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-06947-CAS-AS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>[Notice of Motion, Motion to Enforce Settlement Agreement, Declaration of Andrew B. Goodman, and Declaration of Farhad Novian filed concurrently]<br><br>Hearing date: May 15, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 8D<br>Judge: The Honorable Christina A. Snyder |

|  |  |
|---|---|
| 1 | On May 15, 2023 at 10:00 a.m., in Courtroom 8D of the United States District |
| 2 | Court for the Central District of California, located at 350 West First Street, Los |
| 3 | Angeles, CA 90012, before the Honorable Christina A. Snyder, plaintiffs GARY |
| 4 | ABRAMS, individually and as trustee of the Gary Abrams Living Trust Dated |
| 5 | 4/28/2008 ("Abrams"), JEFFREY ARAN ("Aran"), STEPHEN DEBENEDETTO |
| 6 | ("DeBenedetto"), and PRESTON ROHNER ("Rohner") (collectively, Abrams, Aran, |
| 7 | DeBenedetto, and Rohner shall be referred to as "Plaintiffs") moved the Court for an |
| 8 | order for specific performance and damages against defendants Blackburne and Sons |
| 9 | Realty Capital Corporation and George Blackburne, III (collectively, "Blackburne") |
| 10 | for breach of a material term of the settlement agreement, namely, Blackburne's |
| 11 | failure and refusal to effectuate a full mutual release, with the exception of an |
| 12 | outstanding judgment that plaintiff Preston Rohner has against Blackburne in a |
| 13 | separate action. Upon considering the briefs, and any oral argument of counsel, IT IS |
| 14 | HEREBY ORDERED that: |
| 15 | Plaintiffs' Motion is GRANTED. Plaintiffs are entitled to specific |
| 16 | performance of the following: (1) Blackburne must execute a long-form settlement |
| 17 | agreement containing the (confidential) material terms agreed upon on December 8, |
| 18 | 2022 (Goodman Decl., Exs. A-C) within ten (10) days of the signing of this Order; |
| 19 | (2) the long-form settlement agreement must contain mutual general releases in |
| 20 | substantially the same form as in Mr. Goodman's January 9, 2023 draft (Goodman |
| 21 | Decl., Ex. E); (3) Mr. Rohner's judgment (Goodman Decl., Ex. K) is the sole |
| 22 | exception to the mutual general releases between the parties; (4) Blackburne must |
| 23 | affirmatively dismiss Mr. Abrams and Mr. DeBenedetto from the Sacramento action |
| 24 | within five (5) business days of the signing of this Order; and (5) Blackburne must |
| 25 | affirmatively dismiss the appeal of the Order granting Mr. Rohner's anti-SLAPP |
| 26 | motion (Third Appellate District Case No. C096770) within five (5) business days of |
| 27 | the signing of this Order. |
| 28 | Plaintiffs are awarded damages in the amount of their reasonable attorneys' |

fees and costs in bringing the present Motion. Within seven (7) days of the signing of this Order, Plaintiffs' counsel shall meet and confer with Blackburne's counsel about the amount of reasonable attorneys' fees and costs to be reimbursed. If the parties cannot reach an agreement, Plaintiffs may file a separate motion for their reasonable attorneys' fees and costs, and may be awarded fees-on-fees in connection with that Motion.

**IT IS SO ORDERED.**

DATED: _____    _____
The Honorable Christina A. Snyder
United States District Court Judge

**CERTIFICATE OF SERVICE**

  I certify that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the above document on April 17, 2023 via the Court's CM/ECF system. Any other parties or counsel of record will be served by regular and/or electronic mail.

            /s/ Andrew B. Goodman
            Andrew B. Goodman