**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY ABRAMS, individually and as trustee of the Gary Abrams Living Trust Dated 4/28/2008; JEFFREY ARAN, an individual; STEPHEN DEBENEDETTO, an individual; and PRESTON ROHNER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BLACKBURNE AND SONS REALTY CAPITAL CORPORATION, a California Corporation; GEORGE BLACKBURNE, III, an individual; ANGELICA GARDNER, an individual; ANGELA VANNUCCI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-06947-CAS-ASx<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL**<br><br>**[Joint Stipulation filed concurrently]** |

| | |
|---|---|
| 1 | Plaintiffs GARY ABRAMS, individually and as trustee of the Gary Abrams |
| 2 | Living Trust Dated 4/28/2008 ("Abrams"), JEFFREY ARAN ("Aran"), STEPHEN |
| 3 | DEBENEDETTO ("DeBenedetto"), and PRESTON ROHNER ("Rohner") |
| 4 | (collectively, Abrams, Aran, DeBenedetto, and Rohner are "Plaintiffs"); and |
| 5 | defendants ANGELICA GARDNER ("Gardner"), ANGELA VANNUCCI |
| 6 | ("Vannucci"), GEORGE BLACKBURNE, III ("George Blackburne, III"), and |
| 7 | BLACKBURNE AND SONS REALTY CAPITAL CORPORATION ("Blackburne |
| 8 | & Sons") (collectively, Blackburne & Sons, George Blackburne, III, Vannucci, and |
| 9 | Gardner are "Defendants") (collectively, Plaintiffs and Defendants may be referred |
| 10 | to as the "Parties" or individually as a "Party"), by and through their counsel of |
| 11 | record, jointly stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to |
| 12 | dismiss the entirety of this action with prejudice. |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds the terms of the Parties' concurrently filed Joint Request just and proper. Accordingly, the entirety of this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 25, 2023

*Christine A. Snyder*
The Honorable Christina A. Snyder
United States District Court Judge